IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DUVALL ESPRESSO IP ENFORCEMENT, )
LLC, )
                                )
               Plaintiff, )
                                 )    C.A. No. 24-22 (CJB)
      v. )
                                   )    **JURY TRIAL DEMANDED**
METICULOUS HOME, INC. and )
JUAN CARLOS LOPEZ PENDAS, )
                                   )
            Defendants. )

## DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(2) AND 12(b)(6)

Defendants Meticulous Home, Inc. ("Meticulous") and Juan Carlos Lopez Pendas ("Mr. Pendas") (collectively, "Defendants") hereby move to dismiss the First Amended Complaint (D.I. 43, "FAC"), as follows:

Mr. Pendas moves to dismiss the FAC and all counts against him individually under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction;

Mr. Pendas moves to dismiss the FAC and all counts against him individually under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted; and

Defendants move to dismiss the FAC and all counts against them under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

The grounds for this motion are set forth in Defendants' Opening Brief, which is submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

OF COUNSEL:

Sarah E. Fowler
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
(650) 838-4300

Matthew A. Lembo
PERKINS COIE LLP
1155 Avenue of the Americas
22nd Floor
New York, NY  10036-2711
(212) 262-6900

April 8, 2024

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendants Meticulous Home, Inc.
and Juan Carlos Lopez Pendas*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DUVALL ESPRESSO IP ENFORCEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 24-22 (CJB) |
| METICULOUS HOME, INC. and JUAN CARLOS LOPEZ PENDAS, | ) ) ) ) | |
| Defendants. | ) | |

**<u>PROPOSED ORDER</u>**

Having considered Defendants' Motion to Dismiss the First Amended Complaint Under

Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (the "Motion") and any opposition thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2024, that

the Motion is GRANTED, and the First Amended Complaint is dismissed with prejudice.


_____
Hon. Christopher J. Burke
United States Magistrate Judge

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 8, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Michelle C. Streifthau-Livizos, Esquire<br>SAUL EWING LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mark C. Johnson, Esquire<br>JOHNSON \| DALAL<br>111 North Pine Island Road, Suite 105<br>Plantation, FL 33324<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

4