IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DUVALL ESPRESSO IP ENFORCEMENT, LLC,

Plaintiff,

v.

METICULOUS HOME, INC. and JUAN CARLOS LOPEZ PENDAS,

Defendants.

C.A. No. 24-22 (CJB)

**DEFENDANTS' MOTION TO STAY**

Defendants Meticulous Home, Inc. ("Meticulous") and Juan Carlos Lopez Pendas ("Mr. Pendas") (collectively, "Defendants") respectfully move to stay Plaintiff Duvall Espresso IP Enforcement LLC's ("Duvall") patent infringement case, including entry of a scheduling order, discovery, and all other proceedings, pending resolution of Defendants' Motion to Dismiss (D.I. 44). The grounds for this motion are set forth more fully in Defendants' Letter Brief, which is submitted herewith. A proposed Order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendants Meticulous Home, Inc. and Juan Carlos Lopez Pendas*

OF COUNSEL:

Sarah E. Fowler
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4300

Matthew A. Lembo
PERKINS COIE LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
(212) 262-6900

April 25, 2024

**RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for Plaintiff, that a reasonable effort has been made to reach agreement with counsel for Plaintiff, but that parties have not been able to reach agreement.

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DUVALL ESPRESSO IP ENFORCEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>METICULOUS HOME, INC. and JUAN CARLOS LOPEZ PENDAS,<br><br>Defendants. | ) | C.A. No. 24-22 (CJB) |

**[PROPOSED] ORDER GRANTING MOTION TO STAY**

The Court, having considered Defendants' Motion to Stay (the "Motion") and any response thereto:

IT IS HEREBY ORDERED this __________ day of ____________________, 2024, that the Motion is **GRANTED**, and that Plaintiff Duvall Espresso IP Enforcement, LLC's patent infringement case, including entry of a scheduling order, discovery, and all other proceedings, shall be stayed pending resolution of Defendants' Motion to Dismiss (D.I. 44) or until otherwise ordered by the Court.

______________________________
Hon. Christopher J. Burke
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 25, 2024, upon the following in the manner indicated:

James D. Taylor, Jr., Esquire *VIA ELECTRONIC MAIL*
Michelle C. Streifthau-Livizos, Esquire
SAUL EWING LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
*Attorneys for Plaintiff*

Mark C. Johnson, Esquire *VIA ELECTRONIC MAIL*
JOHNSON | DALAL
111 North Pine Island Road, Suite 105
Plantation, FL 33324
*Attorneys for Plaintiff*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)