Roy Raanani
Meticulous Home, Inc.
2093 Philadelphia Pike #7717
Claymont, Delaware

February 6, 2026

The Honorable Christopher J. Burke
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 2325, Unit 28
Wilmington, DE 19801-3555



      Re:    *Duvall Espresso IP Enforcement, LLC v. Meticulous Home, Inc., et al.*
              C.A. No. 24-22 (CJB)

Dear Judge Burke,

My name is Roy Raanani, and I am a member of the Board of Directors of Meticulous Home, Inc., a defendant in the above-captioned matter. I joined the Board in May 2025.

I write to respectfully inform the Court that I have become aware of the Court's Order requiring new counsel to enter an appearance on behalf of Meticulous Home by the current deadline. Meticulous Home is actively in the process of securing replacement counsel, but has not yet been able to finalize that engagement.

Accordingly, I respectfully request that the Court grant a 30-day extension of the deadline for new counsel to appear, in order to allow Meticulous Home sufficient time to retain replacement counsel.

I am available should the Court have any questions.

                                      Respectfully,

                                      //s// *Roy Raanani* //s//

                                      Roy Raanani, roy@meticuloushome.com
                                      Board Member

cc:     Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)